# UNITED STATES DISTRICT COURT

`` DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
FELIPE RAMIREZ-RAMIREZ,
        Defendant.

**APPEARANCE**

Case Number: 08MJ8671

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FELIPE RAMIREZ-RAMIREZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/24/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                 Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number           Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 24, 2008                                                /s/ Joseph McMullen
                                                                    JOSEPH McMULLEN
                                                                    Federal Defenders of San Diego, Inc.
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA 92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    e-mail: Joseph_McMullen@fd.org